**EXHIBIT A**

95¢

JD060001464

STAFFORD COUNTY CIRCUIT COURT

ABSTRACT OF JUDGMENT

CASE NUMBER: GV03003358-00

FREDERICKSBURG GENERAL DISTRICT COURT

PLAINTIFF(S)    V    DEFENDANT(S)

MARY WASHINGTON HOSPITAL INC
P O BOX 7667
FRED VA 22404

NO SSN
NO DOB

JOHN PAUL RAPIER
89 CLARK PATTON ROAD
FRED, VA 22406

NO SSN
NO DOB



FILED BY COUNTY CLERK OF COURT
APR 10 2006
STAFFORD COUNTY CIRCUIT COURT
STAFFORD, VIRGINIA

2006 APR -7 AM 11:01
FILED CLERK OF COURT
CIRCUIT COURT
STAFFORD, VIRGINIA

THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF:

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS:

DATE OF JUDGMENT:   06/13/03

AMOUNT OF JUDGMENT:   $817.34

OTHER AMOUNT:   $0.00

HOMESTEAD EXEMPTION WAIVED: ( ) YES   (X) NO   ( ) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED:   N/A

INTEREST:   9   % FROM 6/13/03

COSTS:   $34.00   ATTORNEY'S FEES:

ATTORNEY:

OTHER AWARDED: SA

I CERTIFY THE ABOVE TO BE A TRUE ABSTRACT OF A JUDGMENT RENDERED IN THIS COURT

1-27-05

**EXHIBIT B**

FORM DC-465  4/90  (01/14/04)                                  PAGE: 243

JD060001498                    ABSTRACT OF JUDGMENT           CASE NUMBER: GV03013661-00

STAFFORD COUNTY CIRCUIT COURT   ‎EDERICKSBURG GENERAL DISTRICT COURT

PLAINTIFF(S)                         V                    DEFENDANT(S)

MARY WASHINGTON HOSPITAL INC    NO SSN    JOHN PAUL RAPIER           NO SSN
P O BOX 7667                    NO DOB    89 CLARK PATTON ROAD       NO DOB
FRED VA 22404                             FRED, VA 22406



THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF:

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS:

DATE OF JUDGMENT: 01/09/04

AMOUNT OF JUDGMENT:      $859.65

OTHER AMOUNT:            $0.00

HOMESTEAD EXEMPTION WAIVED: ( ) YES  (X) NO  ( ) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED: N/A

INTEREST: 9   % FROM 1/9/04

COSTS:    $35.00      ATTORNEY'S FEES:

                      ATTORNEY:

OTHER AWARDED: SA

**EXHIBIT C**

```
JD060001499              ABSTRACT OF JUDGMENT           CASE NUMBER: GV02014735-00

STAFFORD COUNTY CIRCUIT COURT   EDERICKSBURG GENERAL DISTRICT COURT

                                V              DEFENDANT(S)

MARY WASHINGTON HOSPITAL INC    NO SSN    JOHN PAUL RAPIER          NO SSN
P O BOX 7667                    NO DOB    89 CLARK PATTON ROAD      NO DOB
FRED VA 22404                             FRED, VA 22406
```

934
Staff



THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF:

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS:

DATE OF JUDGMENT:   02/14/03

AMOUNT OF JUDGMENT:      $3,412.05

OTHER AMOUNT:            $0.00

HOMESTEAD EXEMPTION WAIVED: ( ) YES   (X) NO   ( ) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED:   N/A

INTEREST:       % FROM 2/14/03

COSTS:       $34.00      ATTORNEY'S FEES:

                         ATTORNEY:

OTHER AWARDED: SA

I CERTIFY THE ABOVE TO BE A TRUE ABSTRACT OF A JUDGMENT RENDERED IN THIS COURT

**EXHIBIT D**

JD090001758

STAFFORD COUNTY CIRCUIT COURT

ABSTRACT OF JUDGMENT

CASE NUMBER: GV08005576-00

STAFFORD GENERAL DISTRICT COURT

PLAINTIFF(S)    V    DEFENDANT(S)

MARY WASHINGTON HOSPITAL    NO SSN    JOHN PAUL RAPIER    NO SSN
PO BOX 7667    NO DOB    89 CLARK PATTON RD    NO DOB
FRED, VA 22404        FRED, VA 22406

FILED
BY COUNTY CLERK OF COURT
APR 14 2009
9:21
STAFFORD COUNTY CIRCUIT COURT
VIRGINIA

THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF:

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS:

DATE OF JUDGMENT: 02/24/09

AMOUNT OF JUDGMENT:    $319.59

OTHER AMOUNT:    $0.00

HOMESTEAD EXEMPTION WAIVED: ( ) YES    ( ) NO    ( ) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED: N/A

INTEREST: 6   % FROM DOJ

COSTS:    $51.00    ATTORNEY'S FEES:

ATTORNEY:

OTHER AWARDED:

I CERTIFY THE ABOVE TO BE A TRUE ABSTRACT OF A JUDGMENT RENDERED IN THIS COURT

**EXHIBIT E**

Stafford

JD100001877

STAFFORD COUNTY CIRCUIT COURT

ABSTRACT OF JUDGMENT

CASE NUMBER: GV09005557-00

STAFFORD GENERAL DISTRICT COURT

PLAINTIFF(S)   V   DEFENDANT(S)

MARY WASHINGTON HOSPITAL
12000 KENNEDY LANE  STE 100
FRED, VA  22407

NO SSN
NO DOB

JOHN PAUL RAPIER
89 CLARK PATTON ROAD
FRED, VA  22406

NO SSN
NO DOB



APR 1 6 2010
9:34

THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF:

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS:

DATE OF JUDGMENT: 01/26/10

AMOUNT OF JUDGMENT:   $12,073.75

OTHER AMOUNT:   $0.00

HOMESTEAD EXEMPTION WAIVED: ( ) YES   ( ) NO   ( ) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED:  N/A

INTEREST: 6   % FROM DOJ

COSTS:   $51.00   ATTORNEY'S FEES:

ATTORNEY:

OTHER AWARDED:

I CERTIFY THE ABOVE TO BE A TRUE ABSTRACT OF A JUDGMENT RENDERED IN THIS COURT.

MAR 0 5 2010

**EXHIBIT F**

JD030000214

STAFFORD COUNTY CIRCUIT COURT

ABSTRACT OF JUDGMENT

FREDERICKSBURG GENERAL DISTRICT COURT

CASE NUMBER: GV02009464-00

S 27386

| PLAINTIFF(S) | | DEFENDANT(S) | |
|---|---|---|---|
| MARY WASHINGTON HOSPITAL INC<br>P O BOX 7667<br>FRED VA 22404 | NO SSN<br>NO DOB | JOHN PAUL RAPIER<br>89 CLARK PATTON RD<br>FRED, VA 22406 | NO SSN<br>NO DOB |

11:33

THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS

DATE OF JUDGMENT: 10/11/02

AMOUNT OF JUDGMENT:     $613.10

OTHER AMOUNT:     $0.00

HOMESTEAD EXEMPTION WAIVED: ( ) YES  (X) NO  ( ) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED:  N/A

INTEREST: 9 % FROM 10/11/02

COSTS     $32.00     ATTORNEY'S FEES

ATTORNEY:

OTHER AWARDED: SA

**EXHIBIT G**

Stafford

JD100001879

STAFFORD COUNTY CIRCUIT COURT

ABSTRACT OF JUDGMENT   CASE NUMBER: GV09006670-00

STAFFORD GENERAL DISTRICT COURT

PLAINTIFF(S)    V    DEFENDANT(S)

MARY WASHINGTON HOSPITAL          NO SSN     LUTHER BRUCE DALLMAN          NO SSN
12000 KENNEDY LANE STE 100        NO DOB     89 CLARK PATTON RD            NO DOB
FRED, VA 22407                               FRED, VA 22406

APR 1 6 2010
9:37
STAFFORD COUNTY CIRCUIT COURT

THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF:

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS:

DATE OF JUDGMENT: 02/23/10

AMOUNT OF JUDGMENT:    $3,525.79

OTHER AMOUNT:    $0.00

HOMESTEAD EXEMPTION WAIVED: ( ) YES   ( ) NO   ( ) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED: N/A

INTEREST: 6  % FROM DOJ

COSTS:   $53.00   ATTORNEY'S FEES:

ATTORNEY:

OTHER AWARDED:

I CERTIFY THE ABOVE TO BE A TRUE ABSTRACT OF A JUDGMENT RENDERED IN THIS COURT

MAR 0 5 2010

# Virginia Land Record Cover Sheet
## Form A – Cover Sheet Content

**Instrument Date:** 8/22/2018
**Instrument Type:** DH
**Number of Parcels:** 1   **Number of Pages:** 2
[ ] City [X] County
**STAFFORD**

**Tax Exempt?**   **Virginia/Federal Law**
[ ] Grantor:
[ ] Grantee:
**Consideration:** $0.00
**Existing Debt:** $0.00
**Actual Value/Assumed:** $0.00
**Prior Instrument Under § 58.1-803(d):**
  **Original Principal:** $0.00
  **Fair Market Value Increase:** $0.00
  **Original Book Number:**   **Original Page Number:**   **Original Instrument Number:**
**Prior Recording At:** [ ] City [ ] County

*(Area Above Reserved For Deed Stamp Only)*

**Percentage In This Jurisdiction:** 100%

**Business / Name**
1  [ ] Grantor: **RAPIER, JOHN**
   [ ] Grantor:
1  [X] Grantee: **HOMESTEAD**
   [ ] Grantee:

**Grantee Address**
**Name:** HOMESTEAD
**Address:**
**City:**   **State:** VA   **Zip Code:**
**Book Number:**   **Page Number:**   **Instrument Number:**
**Parcel Identification Number (PIN):** 3572J   **Tax Map Number:** 3572J
**Short Property Description:**

**Current Property Address:**
**City:** FREDERICKSBURG   **State:** VA   **Zip Code:** 22406
**Instrument Prepared By:** ASHVIN PANDURANGI   **Recording Paid By:** JOHN RAPIER
**Recording Returned To:** JOHN RAPIER
**Address:** 89 CLARK PATTON RD
**City:** FREDERICKSBURG   **State:** VA   **Zip Code:** 22406

FORM CC-1570 Rev: 7/15   Page 1 of 1   Cover Sheet A
§§ 17.1-223, 17.1-227.1, 17.1-249

Copyright © 2014 Office of the Executive Secretary, Supreme Court of Virginia. All rights reserved.



# HOMESTEAD DEED

Name and Address of Householder(s):     John Paul Rapier
89 Clark Patton Rd.
Fredericksburg, VA 22406

Is the householder a disabled veteran entitled to claim the additional exemption under § 34-4.1? **NO**

Relationship(s) of dependent(s):     Age(s) of dependent(s):
**Son**

County in which householder resides: **Stafford County**

Description of property claimed as exempt and its value:

| **Description of Real Property:** (See attached Schedule C for Statute Creating Exemption) | **Value:** |
|---|---|
|  | 135,700.00 |
| 89 Clark Patton Rd Fredericksburg, VA 22406  Stafford County Total: | 135,700.00 |

| **Description of Personal Property:** (See attached Schedule C for Statute Creating Exemption) | **Value:** |
|---|---|
| 2001 Volvo V70 306,000 miles | 750.00 |
| 2016 Chevy Impala 55,000 miles | 15,000.00 |
| Beds, couches, tables, dressers. | 500.00 |
| TV, cell phone, laptop. | 500.00 |
| Shotgun, rifle, handgun. | 1,000.00 |
| Clothing. | 500.00 |
| Checking: Wells Fargo | 1,300.00 |
| TheDryLife LLC 100 % ownership | 0.00 |
| 401(k): Fidelity | 4,000.00 |
| MetLife Beneficiary: Fadia Alhasani | 300,000.00 |
| American General Beneficiary: Fadia Alhasani | 250,000.00 |
| Total: | 573,550.00 |

Date **August 22, 2018**     Signature *[signed]* John Paul Rapier
Debtor

*Taxmap 35 72J*
*prepared by Ashvin Pandurangi 86966*

COMMONWEALTH OF VIRGINIA, City/County of Alexandria, to wit:

Acknowledged before me by **John Paul Rapier** this 22 day of August 2018

_____
Notary Public
My Commission expires: 2/29/2020

Prepared by:
Ashvin Pandurangi 86966
AP Law Group, PLC
7777 Leesburg Pike
Suite 402N
Falls Church, VA 22043
5719696540 Fax:5716990518

[Notary Seal: ASHVIN PANDURANGI, NOTARY PUBLIC, REG. #7694798, My Comm. Exp. Feb 29, 2020, COMMONWEALTH OF VIRGINIA]