# INVOICE

**FROM:**
Anderson Appraisals
Anderson Appraisals
10908 Courthouse rd
Ste 102-177
Fredericksburg, VA 22408-2658
Telephone Number:  (540) 642-7048 x1        Fax Number:  (540) 710-9749

| INVOICE NUMBER |
| --- |
| 0060753 |

| DATE |
| --- |
| 12/07/2018 |

| REFERENCE | |
| --- | --- |
| Internal Order #: | 0060753 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0060753 |
| Other File # on form: | 0060753 |
| Federal Tax ID: | 226511567 |
| Employer ID: | |

**TO:**

Private

,

Telephone Number:              Fax Number:
Alternate Number:              E-Mail:

## DESCRIPTION

|  |  |  |  |
| --- | --- | --- | --- |
| **Lender:** Private | | **Client:** Private | |
| **Purchaser/Borrower:** Private | | | |
| **Property Address:** 89 Clark Patton Rd | | | |
| **City:** Fredericksburg | | | |
| **County:** Stafford | | **State:** VA | **Zip:** 22406 |
| **Legal Description:** PT Dulany 1.875 AC | | | |

## FEES

| | AMOUNT |
| --- | --- |
| | 300.00 |
| Recert | 200.00 |
| **SUBTOTAL** | 500.00 |

## PAYMENTS

| | | | | AMOUNT |
| --- | --- | --- | --- | --- |
| Check #: | Date: | Description: | Venmo | 300.00 |
| Check #: | Date: | Description: | Venmo | 200.00 |
| Check #: | Date: | Description: | | |
| | | | **SUBTOTAL** | 500 |
| | | | **TOTAL DUE** $ | 0.00 |

Serial# 7B60EC88
esign.alamode.com/verify

# SUMMARY RESIDENTIAL APPRAISAL REPORT

Date of Valuation

07/24/2018

89 Clark Patton Rd
PT Dulany 1.875 AC
Fredericksburg, VA 22406

For

Private

## TABLE OF CONTENTS

Invoice ................................................................................................................................................................................. 1
Table of Contents/Cover Page .......................................................................................................................................... 2
Appraiser Independence Certification ................................................................................................................................ 3
Scanned Document ............................................................................................................................................................ 4
Scanned Document ............................................................................................................................................................ 5
URAR .................................................................................................................................................................................. 6
UAD Definitions Addendum ............................................................................................................................................... 12
USPAP Identification Addendum ....................................................................................................................................... 15
Supplemental Addendum ................................................................................................................................................... 16
Subject Photos ................................................................................................................................................................... 20
Interior Photos .................................................................................................................................................................... 21
Comparable Photos 1-3 ..................................................................................................................................................... 22
Building Sketch ................................................................................................................................................................... 23
Location Map ...................................................................................................................................................................... 24
Location Map ...................................................................................................................................................................... 25

Serial# 7B60EC88
esign.alamode.com/verify

# Appraiser Independence Certification

I do hereby certify, I have followed the appraiser independence safeguards in compliance with Appraisal Independence and any applicable state laws I may be required to comply with.  This includes but is not limited to the following:

- I am currently licensed and/or certified by the state in which the property to be appraised is located My license is the appropriate license for the appraisal assignment(s) and is reflected on the appraisal report.
- I certify that there have been no sanctions against me for any reason that would impair my ability to perform appraisals pursuant to the required guidelines.

I assert that no employee, director, officer, or agent of _____Private_____ , or any other third party acting as joint venture partner, independent contractor, appraisal management company, or partner on behalf of _____Private_____ , influenced, or attempted to influence the development, reporting, result, or review of my appraisal through coercion, extortion, collusion, compensation, inducement, intimidation, bribery, or in any other manner.

I further assert that _____Private_____ has never participated in any of the following prohibited behavior in our business relationship:

1) Withholding or threatening to withhold timely payment or partial payment for an appraisal report;

2) Withholding or threatening to withhold future business with me, or demoting or terminating or threatening to demote or terminate me;

3) Expressly or impliedly promising future business, promotions, or increased compensation for myself;

4) Conditioning the ordering of my appraisal report or the payment of my appraisal fee or salary or bonus on the opinion, conclusion, or valuation to be reached, or on a preliminary value estimate requested from me;

5) Requesting that I provide an estimated, predetermined, or desired valuation in an appraisal report prior to the completion of the appraisal report, or requesting that I provide estimated values or comparable sales at any time prior to my completion of an appraisal report;

6) Provided me an anticipated, estimated, encouraged, or desired value for a subject property or a proposed or target amount to be loaned to the borrower, except that a copy of the sales contract for purchase transactions may be provided;

7) Provided to me, or my appraisal company, or any entity or person related to me as appraiser, appraisal company, stock or other financial or non-financial benefits;

8) Any other act or practice that impairs or attempts to impair my independence, objectivity, or impartiality or violates law or regulation, including, but not limited to, the Truth in Lending Act (TILA) and Regulation Z, or the USPAP.

esign.alamode.com/verify      Serial:7B60EC88

| | |
|---|---|
| Signature | 12/07/2018 |
| | Date |
| Kevin Anderson | 4001005556 |
| Appraiser's Name | State License or Certification # |
| Lic Appraiser | 11/30/2020                                        VA |
| State Title or Designation | Expiration Date of License or Certification      State |

89 Clark Patton Rd, Fredericksburg, VA 22406
Address of Property Appraised

05/13

**License**



COMMONWEALTH of VIRGINIA

Department of Professional and Occupational Regulation
9960 Mayland Drive, Suite 400, Richmond, VA 23233
Telephone: (804) 367-8500

EXPIRES ON

11-30-2020

NUMBER

4001005556

REAL ESTATE APPRAISER BOARD

LICENSED RESIDENTIAL REAL ESTATE APPRAISER

KEVIN THOMAS ANDERSON
10908 COURTHOUSE RD
STE 102-177
FREDERICKSBURG, VA 22408

DPOR

Status can be verified at http://www.dpor.virginia.gov

Jay W. DeBoer, Director

(SEE REVERSE SIDE FOR PRIVILEGES AND INSTRUCTIONS)

DPOR-LIC (02/2017)

Serial# 7B60EC88
esign.alamode.com/verify

**E & O Insurance**



**General Star National Insurance Company**
P.O. Box 10360  (Attn: GSN)
Stamford, Connecticut  06904

## REAL ESTATE APPRAISERS ERRORS & OMISSIONS INSURANCE POLICY

### DECLARATIONS PAGE

This is a claims made and reported policy. Please read this policy and all endorsements and attachments carefully.

Policy Number: NJA355300                Renewal of Number:

1. **NAMED INSURED:** Kevin T. Anderson
   **STREET ADDRESS:** 10908 Courthouse Rd, Ste 102-177, Fredericksburg, VA 22408

2. **POLICY PERIOD:**  Inception Date:  08/05/2018        Expiration Date:  08/05/2019
   Effective 12:01 a.m. Standard Time at the address of the Named Insured.

3. **LIMITS OF LIABILITY:**
   Each **Claim:** $1,000,000
   Aggregate: $1,000,000
   **Claim Expenses** have a separate Limit of Liability:
   Each Claim:  $1,000,000
   Aggregate:  $1,000,000

4. **DEDUCTIBLE:**        Each Claim:  $0    Aggregate:  $0

5. **RETROACTIVE DATE:** 08/05/2016
   If a date is indicated, this policy will not provide coverage for any **Claim** arising out of any act, error, omission or personal injury which occurred before such date.

6. **ANNUAL PREMIUM:**        $508

7. **ENDORSEMENTS:**
   This policy is made and accepted subject to the printed policy form together with the following form(s) or endorsement(s).

   AP 10 0001 06 11,  SGN 90 0001 07 10,    AP 95 0007VA 06 11,   AP 00 0001 06 11,      AP 04 0001
   06 11,   AP 04 0003 07 14,  AP 04 0004 07 14,      AP 20 0001 06 11,      AP 21 0002 06 11,       AP
   01 0040VA 06 11,   AP 08 0046VA 06 11,

8. **PRODUCER NAME:** Norman-Spencer Agency, Inc.
   **STREET ADDRESS:** 8075 Washington Village Drive Dayton OH 45458

   _____
   Authorized Representative

Producer Code:  26480                Class Code: 73128
Date:   06/29/2018

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# 7B60EC88
esign.alamode.com/verify

Anderson Appraisals

0060753
File # 0060753

# Uniform Residential Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 89 Clark Patton Rd | City Fredericksburg   State VA   Zip Code 22406 |
| Borrower Private | Owner of Public Record Private   County Stafford |

Legal Description PT Dulany 1.875 AC
Assessor's Parcel # 35-72J   Tax Year 2017   R.E. Taxes $ 1,284
Neighborhood Name Non Subdivision   Map Reference 47894   Census Tract 0103.03
Occupant ☒ Owner ☐ Tenant ☐ Vacant   Special Assessments $ 0   ☐ PUD   HOA $ 0   ☐ per year ☐ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Private Request
Lender/Client Private   Address N/A
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s). MLS records

**CONTRACT**

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $   Date of Contract   Is the property seller the owner of public record? ☐ Yes ☐ No   Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE $ (000) | AGE (yrs) | | One-Unit | 60 % |
| Built-Up ☐ Over 75% ☒ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | Low 0 | | | 2-4 Unit | % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 40 | | | Multi-Family | % |
| Neighborhood Boundaries Subject is bounded by Rt 17 to the north, Rt 655 to the south, Int 95 to the | | | | | | 900 | High 125 | | Commercial | 10 % |
| east, and Rt 752 to the west. | | | | | | 165 | Pred. 25 | | Other | 30 % |

Neighborhood Description The subject is located in an established residential area within close proximity to schools, shopping, houses of worship and other expected suburban amenities. Major commuter routes nearby provide access to most points in the metropolitan area including employment centers. The neighborhood exhibits average maintenance patterns and marketability. **30% other in present land use is vacant land.**

Market Conditions (including support for the above conclusions)   Property values are stable. Supply and demand are in balance. Subject is typical of homes in this neighborhood and as such is highly marketable. All types of financing are readily available. Typical seller concessions range from 0 to 3 points and are generally applied to closing costs.

**SITE**

Dimensions No survey was supplied to the Appraiser   Area 1.88 ac   Shape Appears Rectangular   View N;Res;
Specific Zoning Classification A2   Zoning Description Agricultural
Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No   If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☐ | ☒ Private well | Street Asphalt | ☒ | ☐ |
| Gas | ☐ | ☐ | Sanitary Sewer | ☐ | ☒ Private septic | Alley None | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 5101540118E   FEMA Map Date 02/04/2005
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No   If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No   If Yes, describe
No adverse site conditions or external factors noted.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☐ Concrete Slab ☒ Crawl Space | | Foundation Walls | CMU/Avg | Floors | Wood/tile/Avg |
| # of Stories 1 | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls | Frame/Avg | Walls | Drywall/Avg |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area 0 sq.ft. | | Roof Surface | Asphalt Shingle/Avg | Trim/Finish | Paint/Avg. |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 0 % | | Gutters & Downspouts | Aluminum/Avg | Bath Floor | Vinyl/Poor. |
| Design (Style) Rambler | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | Thermal/Avg | Bath Wainscot | Fiberglass/Avg |
| Year Built 1970 | | Evidence of ☐ Infestation | | Storm Sash/Insulated | No/No | Car Storage | ☐ None |
| Effective Age (Yrs) 35 | | ☐ Dampness ☐ Settlement | | Screens | Yes | ☒ Driveway   # of Cars 10 |  |
| Attic ☐ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities ☐ Woodstove(s) # | | Driveway Surface Gravel |  |
| ☐ Drop Stair ☐ Stairs | | ☐ Other   Fuel Elect/Oil | | ☐ Fireplace(s) # 0 ☐ Fence None | | ☐ Garage   # of Cars 0 |  |
| ☐ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☐ Patio/Deck None ☐ Porch None | | ☐ Carport   # of Cars 0 |  |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Pool None ☐ Other None | | ☐ Att. ☐ Det. ☐ Built-in |  |

Appliances ☒ Refrigerator ☒ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☒ Washer/Dryer ☐ Other (describe)
Finished area above grade contains: 6 Rooms   3 Bedrooms   1.0 Bath(s)   1,008 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.).   Typical items for homes in this price range and location.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   C5;No updates in the prior 15 years;The property appears to be in average- condition when compared to recent sales in the marketplace.  The appraiser assumes that all mechanical and plumbing systems are in average condition. Subject is in need of repair to flooring, ceiling, countertops, and siding repair.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No   If Yes, describe
The appraiser is not qualified to comment on any environmental conditions or hazards. The appraiser is not aware of any adverse conditions on or near the site. A qualified expert in this field should be consulted for definitive conclusions.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No   If No, describe

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# 7B60EC88
esign.alamode.com/verify

## Uniform Residential Appraisal Report

0060753
File # 0060753

| | | | |
|---|---|---|---|
| There are | 2 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 99,900 | to $ 125,000 . |
| There are | 8 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 120,000 | to $ 230,000 . |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 89 Clark Patton Rd | 85 Truslow Rd | | 650 Holly Corner Rd | | 41 Whispering Oaks Ln | |
| | Fredericksburg, VA 22406 | Fredericksburg, VA 22405 | | Fredericksburg, VA 22406 | | Fredericksburg, VA 22406 | |
| Proximity to Subject | | 5.68 miles SE | | 1.84 miles SW | | 6.92 miles NW | |
| Sale Price | $ | | $ 142,000 | | $ 129,900 | | $ 214,900 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 160.63 sq.ft. | | $ 123.01 sq.ft. | | $ 223.85 sq.ft. | |
| Data Source(s) | | MRIS #1000241864;DOM 6 | | MRIS #1000166275;DOM 330 | | MRIS #1000096395;DOM 182 | |
| Verification Source(s) | | MRIS/Tax Records | | MRIS/Tax Records | | MRIS/Tax Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | Short | | ArmLth | |
| Concessions | | Cash;0 | 0 | FHA;0 | | Conv;6993 | 0 |
| Date of Sale/Time | | s03/18;c03/18 | | s01/18;c02/17 | | s03/18;c01/18 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1.88 ac | 15682 sf | +10,000 | 1.00 ac | +2,500 | 3.00 ac | -15,000 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;Rambler | DT1;Rambler | | DT1;Rambler | | DT1;Rambler | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 48 | 30 | -9,000 | 40 | -2,000 | 25 | -11,500 |
| Condition | C5 | C5 | | C5 | | C3 | -20,000 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6 3 1.0 | 6 3 1.0 | | 6 3 1.0 | | 6 3 2.0 | -4,500 |
| Gross Living Area | 1,008 sq.ft. | 884 sq.ft. | +4,300 | 1,056 sq.ft. | 0 | 960 sq.ft. | 0 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Central | Central | | Central | | Central | |
| Energy Efficient Items | Thermal Pane | Thermal Pane | | Thermal Pane | | Thermal Pane | |
| Garage/Carport | 10dw | 4dw | 0 | 10dw | | 10dw | |
| Porch/Patio/Deck | None | Porch | -3,500 | None | | Deck | -3,500 |
| Fireplace | None | None | | None | | 1 FP | -1,500 |
| Pool | None | None | | None | | None | |
| Fence | None | None | | None | | None | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 1,800 | ☒ + ☐ - | $ 500 | ☐ + ☒ - | $ -56,000 |
| Adjusted Sale Price | | Net Adj. 1.3 % | | Net Adj. 0.4 % | | Net Adj. 26.1 % | |
| of Comparables | | Gross Adj. 18.9 % | $ 143,800 | Gross Adj. 3.5 % | $ 130,400 | Gross Adj. 26.1 % | $ 158,900 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain    Subject transfer history listed below.

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s)   MRIS Tax Records.

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s)   MRIS Tax Records.

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | County Tax Records | County Tax Records | County Tax Records | County Tax Records |
| Effective Date of Data Source(s) | 07/01/2018 | 07/01/2018 | 07/01/2018 | 07/01/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales    Prior sales history for the subject and comparables are typical for this
area. The appraiser notes that previous sales information was obtained from tax records.   In the appraisers opinion there is no way to verify this
transfer was an arms length transaction.  If no prior sale or transfer date is listed above, this indicates there was no available information on the
county tax record and therefore the field is left open.

Summary of Sales Comparison Approach    All comparables are verified closed sales. Non-realty items were not considered in the final value estimate.
Comparables selected represent the most similar available properties to the subject at the time of inspection and are adjusted for any significant
variance between them and the subject.

See Attached Addendum.

Indicated Value by Sales Comparison Approach $    145,000

Indicated Value by: Sales Comparison Approach $    145,000    Cost Approach (if developed) $    144,006    Income Approach (if developed) $

This appraisal has been completed in order to estimate the market value of the subject. Consideration has been given to all factors. These
include, but are not limited to; market condition, financing terms, location, subject condition, and competition.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$    145,000    , as of    07/24/2018    , which is the date of inspection and the effective date of this appraisal.

*SALES COMPARISON APPROACH*

*RECONCILIATION*

Freddie Mac Form 70 March 2005        UAD Version 9/2011    Page 2 of 6        ... 1004 March 2005

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Serial# 7B60EC88
esign.alamode.com/verify

## Uniform Residential Appraisal Report

0060753
File # 0060753

**ADDITIONAL COMMENTS**

The subject is not located within a noxious odor or noise area.

The electric for the subject is adequate for the property.  All mechanicals and plumbing are on and appear to be in good working order

I have considered relevant competitive listings, contract offerings in performing this appraisal, and any trend indicated by that data is supported by the listing/offering information included in this report.

The appraiser has not provided prior services on a property being appraised in the last 36 months from the Effective Date of Value.  The appraiser does or has not had a current or prospective interest in the property or party to this transaction in any way. I have not performed any services, as an appraiser or in any other capacity, on the subject property within the three-year period immediately preceding acceptance of this assignment.

"A reasonable exposure time for the subject property developed independently from the stated marketing time is 30-90 days."

The property is served by a private well and septic system. The appraiser is not qualified to comment on the performance or condition of either system. No warranty is made or implied as to the suitability of these systems for their respective tasks by the appraiser. Should the client require additional information on these systems, the appraiser suggests that a qualified expert in this field be contacted.  Public hookup or access is not feasible or available at the time of the inspection.   The private septic and well have no negative effect on marketability and are typical for homes on any type of acreage in this area. The appraiser notes per visual inspection there was no observable indication of septic failure.

The appraiser did not observe any commercial or agricultural/farming use.   The subject is not income producing or a working farm.

The appraiser notes that the land value is greater than 30% of the total value of the subject.  This is typical when dealing with properties in this market segment.  The subject home is the highest and best use for the parcel.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)     Tax Records

| | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE ........................ =$ | 65,000 |
| Source of cost data    Marshall and swift | DWELLING   1,008  Sq.Ft. @ $  175.00   =$ | 176,400 |
| Quality rating from cost service   Avg   Effective date of cost data   2015 | 0  Sq.Ft. @ $ .......... =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | .......... =$ | |
| Replacement cost based on current market standards per M&S. | Garage/Carport   Sq.Ft. @ $ .......... =$ | |
| Depreciation estimated at 13%. | Total Estimate of Cost-New .......... =$ | 176,400 |
| | Less | Physical | Functional | External | |
| | Depreciation   102,894 | =$( | 102,894) |
| | Depreciated Cost of Improvements .......... =$ | 73,506 |
| | "As-is" Value of Site Improvements .......... =$ | 5,500 |
| Estimated Remaining Economic Life (HUD and VA only)   25  Years | INDICATED VALUE BY COST APPROACH .......... =$ | 144,006 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | | |
|---|---|---|
| Estimated Monthly Market Rent $ | X  Gross Rent Multiplier   = $ | Indicated Value by Income Approach |
| Summary of Income Approach (including support for market rent and GRM)   Not requested by client. | | |

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes  ☐ No   Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| | | |
|---|---|---|
| Total number of phases | Total number of units | Total number of units sold |
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes  ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?   ☐ Yes  ☐ No  Data Source

Are the units, common elements, and recreation facilities complete?   ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# 7B60EC88
esign.alamode.com/verify

## Uniform Residential Appraisal Report

0060753
File # 0060753

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:   The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:   The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:   The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:   The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# 7B60EC88
esign.alamode.com/verify

0060753
Uniform Residential Appraisal Report    File # 0060753

APPRAISER'S CERTIFICATION:    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Serial# 7B60EC88
esign.alamode.com/verify

Uniform Residential Appraisal Report

0060753
File # 0060753

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:      The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

esign.alamode.com/verify      Serial:7B60EC88

| APPRAISER | Kevin T Anderson | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|---|
| Signature | | Signature |
| Name | Kevin Anderson | Name |
| Company Name | Anderson Appraisal | Company Name |
| Company Address | 10908 Courthouse Rd, ste 102-177 | Company Address |
| | Fredericksburg, VA 22408 | |
| Telephone Number | (540) 642-7048 | Telephone Number |
| Email Address | andersonkevin@msn.com | Email Address |
| Date of Signature and Report | 12/07/2018 | Date of Signature |
| Effective Date of Appraisal | 07/24/2018 | State Certification # |
| State Certification # | | or State License # |
| or State License # | 4001005556 | State |
| or Other (describe)       State # | | Expiration Date of Certification or License |
| State | VA | |
| Expiration Date of Certification or License | 11/30/2020 | SUBJECT PROPERTY |

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection
☐ Did inspect interior and exterior of subject property
   Date of Inspection

ADDRESS OF PROPERTY APPRAISED
89 Clark Patton Rd
Fredericksburg, VA 22406
APPRAISED VALUE OF SUBJECT PROPERTY $      145,000
LENDER/CLIENT
Name   No AMC
Company Name   Private
Company Address   N/A

Email Address

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# 7B60EC88
esign.alamode.com/verify

File No.    0060753
0060753

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

Quality Ratings and Definitions

Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Serial# 7B60EC88
esign.alamode.com/verify

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

> Little or no updating or modernization. This description includes, but is not limited to, new homes.

> Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

> The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

> An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

> Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

> A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

> Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

> Example:
> 3.2 indicates three full baths and two half baths.

Serial# 7B60EC88
esign.alamode.com/verify

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| A | Adverse | Location & View |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| B | Beneficial | Location & View |
| Cash | Cash | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| Comm | Commercial Influence | Location |
| c | Contracted Date | Date of Sale/Time |
| Conv | Conventional | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| DOM | Days On Market | Data Sources |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| Ind | Industrial | Location & View |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| Listing | Listing | Sale or Financing Concessions |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| BsyRd | Busy Road | Location |
| o | Other | Basement & Finished Rooms Below Grade |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| s | Settlement Date | Date of Sale/Time |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| WtrFr | Water Frontage | Location |
| Wtr | Water View | View |
| Woods | Woods View | View |

Other Appraiser-Defined Abbreviations

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Serial# 7B60EC88
esign.alamode.com/verify

# USPAP ADDENDUM

0060753
File No. 0060753

| Borrower | Private |
|---|---|
| Property Address | 89 Clark Patton Rd |
| City | Fredericksburg | County | Stafford | State | VA | Zip Code | 22406 |
| Lender | Private |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: _____

Reasonable exposer time estimate at 30-90 days.

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no  personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**Additional Comments**

The appraiser was paid a fee of $300 for this report.

🔒 esign.alamode.com/verify    Serial:7B60EC88

**APPRAISER:**

Signature: _____
Name: Kevin Anderson
Date Signed: 12/07/2018
State Certification #: _____
or State License #: 4001005556
State: VA
Expiration Date of Certification or License: 11/30/2020
Effective Date of Appraisal: 07/24/2018

**SUPERVISORY APPRAISER: (only if required)**

Signature: _____
Name: _____
Date Signed: _____
State Certification #: _____
or State License #: _____
State: _____
Expiration Date of Certification or License: _____
Supervisory Appraiser Inspection of Subject Property
☐ Did Not    ☐ Exterior-only from Street    ☐ Interior

Serial# 7B60EC88
esign.alamode.com/verify

# Supplemental Addendum

File No. 0060753

| Borrower | Private | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 89 Clark Patton Rd | | | | | |
| City | Fredericksburg | County | Stafford | State | VA | Zip Code 22406 |
| Lender/Client | Private | | | | | |

## COMMENTS ON SALES COMPARISON

It was necessary to expand the general acceptable market area to a 7 mile radius from the subject.  This is due to the relative stability or low turn over of properties in the subjects price range, gla and lot size. This is typical for the area. The appraiser has searched back 12 months for sales within 1 mile , however there were no sales of similar design and GLA to the subject.  Going over 1 mile in this market segment is considered typical for the area.

No adjustment was made for financing because, in the appraisers opinion, there were similar terms readily available in the market place and financing thus did not affect sales price.

Comparables are less than 6 six months old, are the most similar types of properties that have sold in the market area and were the best available at the time of the appraisal.  Every effort has been made to use comparables that have been sold within 6 months of the date of the appraisal.  Paramount to time is the matching of the most similar sales to the subject.

Adjustment for site size is based on market abstraction and contributory value. Above a certain point each additional increment of land area contributes less on a per square foot basisthan the initial minimum site size for the area. A constant dollar per square foot per acre adjustment was not utilized.

The appraiser has made a condition adjustment for sale 3.  This was for the inferior condition compared to homes in current market condition.  This is typical for this market segment.  There were no other sales in need of repair at the time of inspection other than sale #1.

Please be advised that, in the market approach when there is a variance, bathrooms are adjusted for on the first line and the square footage on the second line.  The floor plan variation is adjusted for under functional utility, when relevant. The appraiser, as a general rule, will adjust for one or the other, but not both.

Gross living areas shown for comparable sales are estimated based on actual field measurements.  When taking measurements is not feasible, the information is gathered from various sources including Multiple Listing Service, County tax records, Realtors, builders, buyers and/or sellers, and when feasible, our files. Slight variations in size will not typically have an effect on the estimate of value.

Gross living area adjusted at $35 per square foot.

The appraiser notes that in comparing the comparables to the subject, no attempt was made to isolate or reconcile every amenity, but rather adjustment was made only for major differences.

The appraiser notes that in the event that the pictures the appraiser takes of the subject or comparable sales do not come out or are not legible or the appraiser is unable to take a picture of a property located on acreage or not able to stop due to traffic, the appraiser will substitute in pictures from online sources and MLS. All sales were verified by the appraiser at the street.

## FINAL RECONCILIATION

For purposes of this report, most weight has been given the market approach to value to determine a final value estimate.  All comparables were similar in size and utility and taken from the same market area as the subject. In our determination of a final value, most weight was given to comparable # 2 as this sale had the least amount of adjustments.  Sale #1 was given the second most weight due to this sale requiring the second least amount of adjustments.

### *Clarification of Assumptions, Limiting Conditions, Certifications and Scope of Work*

The following is noted in order to define terms as they are used in the appraisal report. This is not intended to be a modification of the certification, but a clarification, which is required to be in compliance with USPAP.

The URAR appraisal form was used to report the results of my (our) appraisal. The scope of work explanations discussed here and within the body of the report, reference by number and page, the Scope of Work, Assumptions and Limiting Conditions and Certifications as shown on pages 4-6 of the FNMA Form 1004/Freddie Mac Form 70 to further define, clarify and document what the appraiser(s) did and or did not do in order to develop the appraisal and report the value opinion, based on the complexity of this appraisal assignment and or as a result of a supplementary Agreement or Engagement Letter as accepted by the appraiser(s) and client identified within the appraisal report.

## EXPOSURE TIME:

Defined as: "The estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal."
Exposure time is always presumed to precede the effective date of the appraisal. It is the estimated length of time the property would have been offered on the market, prior to the hypothetical sale, at the appraised value, on the effective date of the appraisal. It is a retrospective estimate based on an analysis of past events assuming a competitive and open market. This includes not only adequate, sufficient and reasonable time, but adequate, sufficient and reasonable effort. It is often expressed as a range and is based on the following:
1. Statistical information about DOM (most commonly obtained from the local MLS).
2. Information gathered through sales verification.
3. Interviews with market participants.
Based upon historical market conditions, reasonable exposure time for the subject property would have been approximately 30

# Supplemental Addendum

File No. 0060753

| Borrower | Private | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 89 Clark Patton Rd | | | | | |
| City | Fredericksburg | County | Stafford | State | VA | Zip Code | 22406 |
| Lender/Client | Private | | | | | |

to 120 days. This is based on the analysis of current market trends within the subject's sub-market, seasonal considerations and takes into account the size, condition and price range of the subject property and surrounding area. It presupposes the list price would be at or near the appraised value. It also assumes professional (proactive) marketing by reputable local real estate offices.

If no written specific and or supplemental Scope of Work was agreed upon with the client (prior to accepting the assignment, by formal engagement letter and included in this report) the Scope of Work outlined here and within the report, is considered to be representative of what typical users of appraisal services would require and in general, what appraisers would provide as reasonable, acceptable and sufficient for the stated intended user's needs.
**SCOPE OF WORK (Pg 4 & Pg 5, Cert. 2):** Item (1) - it should be noted that the Appraiser(s) conducted a visual inspection of only the readily accessible areas of the property, viewing only those components of the property which were clearly visible from the ground or floor level. No tests we made of the mechanical, plumbing and electrical systems as such tests are not within the standard guidelines of FNMA or FHLMC.  Comments on the condition of the foundation, roof, exterior, interior, floors, mechanical, plumbing, electrical, insulation and all other matters relating to the construction of the subject property is based on a casual observation only and which may have been limited by the placement of personal property, furnishings, etc. so as to preclude observation of the items blocked by same. There was not observation of the attic, crawl space or other areas that would not be visible by the typical visitor to the home and or components that are hidden within walls.

Although the report may cite a general rating of the adequacy and or condition (based on observation only) it should be clearly understood that these statements are a general guide for comparison purposes (as part of the valuation process) and are not a detailed report on the physical and or operational condition of these items. The appraiser(s) is not an expert  in these matters and any opinion stated is advisory based only upon observation. **This report is not a home inspection**. While others may choose to rely on the report, they should not rely on it to disclose condition and defects. Such knowledge goes beyond the scope of this appraisal and as such, comments on observed conditions given in this report should not be taken as a guarantee that a problem does not exist.

The following chart is to assist the intended user in understanding the scope of a complete visual inspection:

| Complete Visual Inspection Includes: | Complete Visual Inspection Does/Did NOT Include: |
|---|---|
| List the amenities | Testing or activating mechanical systems |
| View readily observable exterior areas | Activating appliances |
| View readily observable interior areas | Observation of crawl spaces and attics |
| Note quality of materials and workmanship | Observation of areas not readily accessible |
| Measure the exterior of the improvements | Building Code compliance issues |
| Observe the floor plan and room layout | Moving furniture or personal property |
| Assess the functional utility of the property | Mold Assessment |
| Note the subject's conformity to the market area. | Removing (or moving) floor coverings |
| Note style / design. | Testing or inspection of the well and septic. |
| Observe the general condition of the improvements | Reporting personal property. |
| Observe a representative sampling of closets, windows, electrical switches, and doors. | Roof Condition report beyond an observation from ground level. |
| Photograph exterior and view site around the improvements | Radon Assessment |

Item (2,3,4 & 5) where it states "inspect the neighborhood" the observation was limited to driving through the area and a representative number of streets, reviewing maps and other appropriate data including observing the comparables from the street, to determine the general factors that may or may not influence the value of the subject property and research to the extent further defined in the sections below.

**REPAIRS/DETERIORATION (Pg. 4, item 5 & Pg. 5, Cert. 2):** The terms **deficiency** and **livability** have not been defined in the appraisal report.  An effort was made to report ONLY those repair items that, in the appraiser's opinion, will affect safety, adequacy, and marketability of the property.  Deterioration consistent with the age of the home has not been itemized.

**COST APPROACH (Pg. 5, Cert. 4):** The cost approach is typically utilized when improvements are new, near new or are of an unusual construction method. Additionally, the cost approach is only considered appropriate when sufficient land; building sites, etc. are available to a potential purchaser so as to make construction of improvements similar to the subject, a viable alternative to purchasing the subject. In areas where vacant sites (similar to the subject property in location, zoning, use and utility) are not available to a potential purchaser, use of the cost approach and reliability on the same as a value indicator could be misleading. In cases where the Cost Approach is not required (per USPAP) or deemed necessary to the development of a reliable value opinion, the cost approach has been excluded.

If the cost approach was used it represents the "replacement cost estimate," and is for "valuation purposes only. " As such, it should not be relied upon for insurance purposes. The definition of "market value" on page 4 of this report is not consistent with the definition of "insurable value."  If the cost approach was presented, a cost service such as "Marshall & Swift" (or other similar source) was used to develop the estimate. The site value opinion is based on one of several methods: extraction, allocation, the developmental method or from a review and analysis of sales of similar sites within the market area.

**INCOME APPROACH (Pg. 5, Cert. 4):** The income approach is typically utilized when sufficient investor owned

Serial# 7B60EC88
esign.alamode.com/verify

# Supplemental Addendum

File No. 0060753

| Borrower | Private | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 89 Clark Patton Rd | | | | | |
| City | Fredericksburg | County | Stafford | State | VA | Zip Code | 22406 |
| Lender/Client | Private | | | | | |

properties exist with the subject's immediate area or neighborhood and when investors regularly acquire such properties that are similarly desirable to the subject for the express purpose of the investment income they provide. While rental properties may exist within any area, their existence alone should not be considered as evidence of a viable rental and investor marketplace.  As such, in areas dominated by "owner occupied" units, it may not be appropriate to present or employ the income approach, unless the approach clearly represents the motivations and actions of investors in the marketplace as it relates to the subject property and immediate area. If the approach is included within the report, it was because sufficient data was found to support conclusions by the appraiser(s) that it was appropriate and meaningful to the analysis and value opinion. If the approach was not included, it was the appraiser's opinion that the data was insufficient to provide a useful and meaningful conclusion.

**EXTENT OF DATA RESEARCH – SALES/LISTINGS  (Pg. 5, Cert. 5 thru 9):** Sales and listings of the subject property and comparables have been researched, verified, analyzed, and reported in compliance with Certifications 5 thru 9 of this URAR. Sales data (including listed, closed, pending and expired listings) of properties that are geographically, physically, functionally and economically similar to the subject property and that are sufficiently recent to reflect current buyer and seller actions were researched and considered. If necessary and applicable, the appraiser(s) also researched data on comparable land and improved sales, income and expense information and construction costs; confirmed comparable sales information (as noted under "**EXTENT OF INFORMATION VERIFICATION**;"(see next section) and analyzed the information in applying the approach (es) used.

Depending upon the availability and reliability of various data sources, the appraiser(s) used any combination of reasonably available information from city/county records, real estate agents, owner's comments, buyer's description, assessor's records, multiple listing service (MLS) data, brochures, web site listings and visual observation to identify the relevant characteristics of the subject property. Comparables were selected based on physical, functional, economic and location characteristics with the sales cited in the report considered to be most relevant to the analysis of subject property. These sales were adjusted to the subject to reflect the market's reaction to differences (if any).

**EXTENT OF INFORMATION VERIFICATION (Pg. 5, Cert. 10 & 13):**  Representative samples of disinterested sources for information and data verification include but are not limited to County/City online records – Recorder, Treasurer, Zoning, GIS, Online Assessor Property Databases – Sales, Property Characteristics, Personal observation – Condition, Location, Physical attributes, Real Estate Transaction Declaration documents – Sale date, Personal property. In addition, the subject's market area was examined to determine the demand for and marketability of the property within the subject's classification.

When and where possible, the applicable information was verified with sources deemed to be reliable and from a disinterested party or corroborated with a 3rd party source.  In some cases, the motivations of the parties and other factors (terms, arms-length transactions, etc.) may not have been available and the data was used at "face value as factually accurate."

The appraiser(s) was not supplied with a survey of the subject site and did not check the land records for recorded easements and have reported only apparent easements and encroachments.  Unless otherwise stated within the report, no effort was made to ascertain whether the subject is located within the appropriate setbacks, as dictated by zoning, building or other regulations.

**PUBLIC / PRIVATE DATA SOURCES (Pg. 5, Cert. 12):**  With regard to this assignment I have access to public data; the local Multiple Listing Service; a nationally recognized cost estimation service; FNMA flood data and maps; and private information contained within my office files considered necessary and appropriate for this assignment.

**ADVERSE FACTORS (Pg 4 item 5 & Pg. 5, Cert. 14):** As cited in the "Assumptions & Limiting Conditions," is subjective and subject to broad interpretation.  Many properties will have some form of physical depreciation, deficiency or livability issues, dependent upon the motivations and standards of the party observing the property.  A property may also be impacted to varying degrees by a wide-range of factors internal or external to the property that could be considered "adverse" by someone.

Absent detailed written directives and specific guidelines from the lender/client, the appraiser(s) made a visual inspection of the property and its market environment (as cited elsewhere in the Scope of Work) and noted factors that may impact the marketability and livability to potential buyers based upon the appraiser's knowledge of the market and or as evidenced by sales of properties with similar or comparable conditions. Such items noted in the report were considered within the valuation approaches that were applied to the analysis.

While some in the market may consider factors such as drug labs, registered sex offenders, criminal activity, interim rehabilitation facilities halfway houses or similar uses as "adverse, " unless cited within the report, the appraiser(s) has made no attempt to investigate or discover such activities as part of this assignment, unless such factors were readily apparent and obviously impacting the subject property as evidenced by market data. If the intended user has concerns in these areas, it is highly recommended that they secure this information from a reliable source.

**DISCLOSURE/DISTRIBUTION (Pg. 6, Cert. 21 & Cert. 23):**  Regardless of who paid for this assignment, the intended user is only the lender/client stated within the report. The appraisal and report may be inappropriate for use by parties other than the intended user and could place them at risk. Despite the means of possession of the report, this appraisal should not be used or relied on by anyone other than the stated intended user and for the stated/intended purpose.  **Certification 23** – Per FNMA – "The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this

Serial# 7B60EC88
esign.alamode.com/verify

## Supplemental Addendum

File No. 0060753

| Borrower | Private | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 89 Clark Patton Rd | | | | | | |
| City | Fredericksburg | County | Stafford | State | VA | Zip Code | 22406 |
| Lender/Client | Private | | | | | | |

appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser." Also with respect to Certification 23, the term "may rely" is defined to mean "may choose to rely on".

**THE VALUE OPINION:** The value opinion stated in the report is based on my (our) analysis as of the effective date shown in the report. The value opinion considers the productivity, economic and physical conditions of the property only as of the date of value cited. As market conditions change, this value opinion may not be valid in another time period. Personal property such as furnishings, equipment or other items that may be included with a sale or transfer of the property were excluded from the value unless such items are necessary for the operations of the property (garage door remotes, pool remotes, etc) and would normally be a part of the mechanical or operational equipment that is considered realty.

## Subject Photo Page

| Borrower | Private | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 89 Clark Patton Rd | | | | | |
| City | Fredericksburg | County | Stafford | State | VA | Zip Code  22406 |
| Lender/Client | Private | | | | | |



### Subject Front

89 Clark Patton Rd
Sales Price
Gross Living Area      1,008
Total Rooms      6
Total Bedrooms      3
Total Bathrooms      1.0
Location      N;Res;
View      N;Res;
Site      1.88 ac
Quality      Q4
Age      48



### Subject Rear



### Subject Street

Serial# 7B60EC88
esign.alamode.com/verify

## Subject repairs needed

| Borrower | Private | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 89 Clark Patton Rd | | | | | | |
| City | Fredericksburg | County | Stafford | State | VA | Zip Code | 22406 |
| Lender/Client | Private | | | | | | |

  

 

Serial# 7B60EC88
esign.alamode.com/verify

## Comparable Photo Page

| Borrower | Private | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 89 Clark Patton Rd | | | | | | |
| City | Fredericksburg | County | Stafford | State | VA | Zip Code | 22406 |
| Lender/Client | Private | | | | | | |



### Comparable 1

85 Truslow Rd

| | |
|---|---|
| Prox. to Subject | 5.68 miles SE |
| Sale Price | 142,000 |
| Gross Living Area | 884 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 15682 sf |
| Quality | Q4 |
| Age | 30 |



### Comparable 2

650 Holly Corner Rd

| | |
|---|---|
| Prox. to Subject | 1.84 miles SW |
| Sale Price | 129,900 |
| Gross Living Area | 1,056 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1.00 ac |
| Quality | Q4 |
| Age | 40 |



### Comparable 3

41 Whispering Oaks Ln

| | |
|---|---|
| Prox. to Subject | 6.92 miles NW |
| Sale Price | 214,900 |
| Gross Living Area | 960 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 3.00 ac |
| Quality | Q4 |
| Age | 25 |

Serial# 7B60EC88
esign.alamode.com/verify

**Building Sketch**

| Borrower | Private | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 89 Clark Patton Rd | | | | | | |
| City | Fredericksburg | County | Stafford | State | VA | Zip Code | 22406 |
| Lender/Client | Private | | | | | | |

This sketch is provided in all good faith and intention. The appraiser is neither architect nor surveyor. Dimensions noted are those recorded by the appraiser in the field. They may or may not match those dimensions reported by a survey crew or architectural drawings. No attempt has been made to create a perfect architectural rendering of the improvement.



| Area Calculations Summary | | |
|---|---|---|
| **Living Area** | | **Calculation Details** |
| First Floor | 1008 Sq ft | 24 × 42 = 1008 |
| **Total Living Area (Rounded):** | **1008 Sq ft** | |

TOTAL Sketch by a la mode, inc.

Serial# 7B60EC88
esign.alamode.com/verify

# Aerial Map

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Private | | | | | |
| Property Address | 89 Clark Patton Rd | | | | | |
| City | Fredericksburg | County | Stafford | State | VA | Zip Code | 22406 |
| Lender/Client | Private | | | | | |

House locations on map below are approximate. The location map is provided in good faith as a representation. The location of the subject and comparables on this map, and the distance between them is approximated by geo-locator software.



Serial# 7B60EC88
esign.alamode.com/verify

# Location Map

| Borrower | Private | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 89 Clark Patton Rd | | | | | | |
| City | Fredericksburg | County | Stafford | | State | VA | Zip Code | 22406 |
| Lender/Client | Private | | | | | | |

House locations on map below are approximate. The location map is provided in good faith as a representation. The location of the subject and comparables on this map, and the distance between them is approximated by geo-locator software.



Serial# 7B60EC88
esign.alamode.com/verify