UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                      )
                                            )
                                            )     Case No.
                                            )     Chapter
                    Debtor

## NOTICE OF MOTION

_____ has filed papers with the court to _____

_____.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  **(If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before _____, you or your attorney must:

> Send to the parties listed below at least 14 days written notice of a hearing, which may be set on any regularly-scheduled motion day of the judge assigned to the case.  If necessary, you may obtain a list of such dates by telephone from the clerk's office.  The original and one copy of the notice must be filed with the clerk, accompanied by a motion day cover sheet, a copy of which may be obtained from the clerk.  If you are not represented by an attorney, you may instead file with the clerk a written request for hearing.  If you mail your request for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.  The address of the clerk's office is as follows:

> Clerk of Court
> United States Bankruptcy Court
> 200 S. Washington Street
> Alexandria, Virginia  22314

> You will be notified by the clerk of the hearing date and will be responsible for sending notice of hearing to the parties listed below.

> File with the court, at the address shown above, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**  If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.  You must **also** mail a copy to the persons listed below.

Attend the hearing scheduled to be held on _____ at _____ o'clock ___.m. in Courtroom _____, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

A copy of any written response must be mailed to the following persons:

_____
_____
_____
_____

_____
_____
_____
_____

United States Trustee, Region 4
115 South Union Street, Suite 210
Alexandria, VA 22314

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _____

Signature, name, address and telephone number of person giving notice:
_____
_____
_____
_____
Virginia State Bar No. _____
Counsel for _____

Certificate of Service

I hereby certify that I have this _____ day of _____,        , mailed or hand-delivered a true copy of the foregoing Notice of Hearing to the parties listed on the attached service list.

_____

```
Mary Washington Hospital
120000 Kennedy Lane
Ste 100
Fredericksburg, VA 22407


Ocwen Loan Servicing
Attn: Bankruptcy
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409


ODC Recovery Services
12000 Kennedy Lane
Suite 100
Fredericksburg, VA 22407
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **John Paul Rapier** ) | **Case No. 18-12579** |
| ) | **Chapter 7** |
| *Debtor*, ) | |

**DEBTOR'S MOTION TO AVOID JUDICIAL LIENS ON REAL ESTATE**

**COMES NOW**, John Paul Rapier ("Debtor"), by counsel, and hereby moves this Court to avoid seven (7) judicial liens held by Mary Washington Hospital, Inc. ("Creditor") against Debtor's residence located at 89 Clark Patton Road, Fredericksburg, VA 22406 ("residence"), pursuant to 11 U.S.C. Sec. 522(f). The grounds are respectfully stated as follows:

1. Debtor commenced this case on 7/24/18 by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. This court has jurisdiction over this motion, filed pursuant to 11 U.S.C. Sec. 522(f) to avoid and cancel a judicial lien held by on real property used as the debtor's residence, under 28 U.S.C. Sec. 1334.

**Judicial Lien #1**

3. On April 10, 2006, the Creditor recorded a judicial lien against the debtor's residence. The judgment was obtained on January 9, 2003 in the amount of $817.34, plus costs of $34.00, and is attached hereto as "Exhibit A".

**Judicial Lien #2**

4. On April 10, 2006, the Creditor recorded a judicial lien against the debtor's residence.

The judgment was obtained on January 9, 2004 in the amount of $859.65, plus costs of $35.00, and is attached hereto as "Exhibit B".

**Judicial Lien #3**

5.   On April 10, 2009, the Creditor recorded a judicial lien against the debtor's residence. The judgment was obtained on February 14, 2003 in the amount of $3,412.05, plus costs of $34.00, and is attached hereto as "Exhibit C".

**Judicial Lien #4**

6.   On April 14, 2009, the Creditor recorded a judicial lien against the debtor's residence. The judgment was obtained on February 24, 2009 in the amount of $319.59, plus costs of $51.00, and is attached hereto as "Exhibit D".

**Judicial Lien #5**

7.   On April 16, 2010, the Creditor recorded a judicial lien against the debtor's residence. The judgment was obtained on January 26, 2010 in the amount of $12,073.75, plus costs of $51.00, and is attached hereto as "Exhibit E".

**Judicial Lien #6**

8.   On April 16, 2010, the Creditor recorded a judicial lien against the debtor's residence. The judgment was obtained on October 1, 2002 in the amount of $613.10, plus costs of $32.00, and is attached hereto as "Exhibit F".

**Judicial Lien #7**

9.   On April 16, 2010, the Creditor recorded a judicial lien against the debtor's residence. The judgment was obtained on February 23, 2010 against Luther Bruce Dalman in the amount of $3,525.29, plus costs of $53.00, and is attached hereto as "Exhibit G". Mr. Dalman

subsequently passed away and debtor inherited his entire estate, including the residence and attached judgment liens.

8.    The debtor's interest in the residence encumbered by the liens has been claimed as fully exempt in their bankruptcy case. A copy of the homestead deed recorded by Debtor is attached hereto as "<u>Exhibit H</u>".

9.    The existence of the liens on debtor's real property, which total a value of $21,060.67, impair exemptions to which the debtor(s) would be entitled under 11 U.S.C. Sec. 522(b).

WHEREFORE, Debtor, by counsel, respectfully requests that this Court enter an Order against Mary Washington Hospital avoiding and canceling their judicial liens in the above-mentioned property, and for such additional or alternative relief as may be just and proper.

AP LAW GROUP, PLC

/s/ Ashvin Pandurangi
Ashvin Pandurangi, Bar #86966
AP Law Group, PLC
7777 Leesburg Pike, Suite 402N
Falls Church, VA 22043
Tel: (571) 969-6540
Fax: (571) 699-0518
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2019 a true copy of the foregoing *Motion to Avoid Judicial Lien* was sent via ECF to the Chapter 7 Trustee, and via first class mail, postage prepaid to the Registed Agent for the Creditor, MW Healthcare Registered Agent, LLC, at 2300 Fall Hill Ave., Suite 509, Fredericksburg, VA 22401.

/s/ Ashvin Pandurangi
Ashvin Pandurangi, Esq.

**EXHIBIT A**

95¢

JD060001464

STAFFORD COUNTY CIRCUIT COURT

ABSTRACT OF JUDGMENT

CASE NUMBER: GV03003358-00

FREDERICKSBURG GENERAL DISTRICT COURT

PLAINTIFF(S)    V    DEFENDANT(S)

MARY WASHINGTON HOSPITAL INC
P O BOX 7667
FRED VA 22404

NO SSN
NO DOB

JOHN PAUL RAPIER
89 CLARK PATTON ROAD
FRED, VA 22406

NO SSN
NO DOB



FILED BY COUNTY CLERK OF COURT
APR 10 2006
872
STAFFORD COUNTY CIRCUIT COURT
STAFFORD, VIRGINIA

2006 APR -7 AM 11:01
FILED CLERK OF COURT
CIRCUIT COURT
STAFFORD, VIRGINIA

THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF:

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS:

DATE OF JUDGMENT: 06/13/03

AMOUNT OF JUDGMENT:    $817.34

OTHER AMOUNT:    $0.00

HOMESTEAD EXEMPTION WAIVED: ( ) YES    (X) NO    ( ) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED: N/A

INTEREST: 9    % FROM 6/13/03

COSTS:    $34.00    ATTORNEY'S FEES:

ATTORNEY:

OTHER AWARDED: SA

I CERTIFY THE ABOVE TO BE A TRUE ABSTRACT OF A JUDGMENT RENDERED IN THIS COURT

1-27-05

**EXHIBIT B**

FORM DC-465  4/90  (01/14/04)                PAGE: 243

JD060001498                    ABSTRACT OF JUDGMENT            CASE NUMBER: GV03013661-00

STAFFORD COUNTY CIRCUIT COURT     FREDERICKSBURG GENERAL DISTRICT COURT

PLAINTIFF(S)                              v                    DEFENDANT(S)

MARY WASHINGTON HOSPITAL INC      NO SSN    JOHN PAUL RAPIER           NO SSN
P O BOX 7667                      NO DOB    89 CLARK PATTON ROAD       NO DOB
FRED VA 22404                               FRED, VA 22406



FILED
BY COUNTY CLERK OF COURT
APR 10 2006
STAFFORD COUNTY CIRCUIT COURT
STAFFORD, VIRGINIA

FILED
CLERK OF COURT
2006 APR -7 AM 10: 56
STAFFORD, VIRGINIA

THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF:

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS:

DATE OF JUDGMENT: 01/09/04

AMOUNT OF JUDGMENT:       $859.65

OTHER AMOUNT:             $0.00

HOMESTEAD EXEMPTION WAIVED: ( ) YES   (X) NO   ( ) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED:  N/A

INTEREST:  9   % FROM 1/9/04

COSTS:     $35.00      ATTORNEY'S FEES:

                       ATTORNEY:

OTHER AWARDED: SA

**EXHIBIT C**

```
JD060001499              ABSTRACT OF JUDGMENT           CASE NUMBER: GV02014735-00

STAFFORD COUNTY CIRCUIT COURT    EDERICKSBURG GENERAL DISTRICT COURT

                                        V            DEFENDANT(S)

MARY WASHINGTON HOSPITAL INC    NO SSN    JOHN PAUL RAPIER           NO SSN
P O BOX 7667                    NO DOB    89 CLARK PATTON ROAD       NO DOB
FRED VA 22404                             FRED, VA 22406
```

934
Staff



FILED
BY COUNTY CLERK OF COURT
APR 10 2006
STAFFORD COUNTY CIRCUIT COURT
STAFFORD, VIRGINIA

FILED CLERK OF COURT
2006 APR -7 AM 10: 56
CIRCUIT COURT
STAFFORD, VIRGINIA

THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF:

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS:

DATE OF JUDGMENT:   02/14/03

AMOUNT OF JUDGMENT:     $3,412.05

OTHER AMOUNT:           $0.00

HOMESTEAD EXEMPTION WAIVED: ( ) YES   (X) NO   ( ) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED:   N/A

INTEREST:        % FROM 2/14/03

COSTS:        $34.00        ATTORNEY'S FEES:

                            ATTORNEY:

OTHER AWARDED: SA

I CERTIFY THE ABOVE TO BE A TRUE ABSTRACT OF A JUDGMENT RENDERED IN THIS COURT

**EXHIBIT D**

JD090001758

STAFFORD COUNTY CIRCUIT COURT

ABSTRACT OF JUDGMENT

CASE NUMBER: GV08005576-00

STAFFORD GENERAL DISTRICT COURT

PLAINTIFF(S)    V    DEFENDANT(S)

MARY WASHINGTON HOSPITAL
PO BOX 7667
FRED, VA 22404

NO SSN
NO DOB

JOHN PAUL RAPIER
89 CLARK PATTON RD
FRED, VA 22406

NO SSN
NO DOB

FILED
BY COUNTY CLERK OF COURT
APR 1 4 2009
9:21
STAFFORD COUNTY CIRCUIT COURT
VIRGINIA

THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF:

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS:

DATE OF JUDGMENT: 02/24/09

AMOUNT OF JUDGMENT:    $319.59

OTHER AMOUNT:    $0.00

HOMESTEAD EXEMPTION WAIVED: ( ) YES    ( ) NO    ( ) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED:    N/A

INTEREST: 6    % FROM DOJ

COSTS:    $51.00    ATTORNEY'S FEES:

ATTORNEY:

OTHER AWARDED:

I CERTIFY THE ABOVE TO BE A TRUE ABSTRACT OF A JUDGMENT RENDERED IN THIS COURT

**EXHIBIT E**

Stafford

JD100001877               ABSTRACT OF JUDGMENT              CASE NUMBER: GV09005557-00

STAFFORD COUNTY CIRCUIT COURT

STAFFORD GENERAL DISTRICT COURT

PLAINTIFF(S)                    V            DEFENDANT(S)

MARY WASHINGTON HOSPITAL        NO SSN     JOHN PAUL RAPIER          NO SSN
12000 KENNEDY LANE  STE 100     NO DOB     89 CLARK PATTON ROAD      NO DOB
FRED. VA  22407                            FRED, VA  22406



APR 1 6 2010
9:34

THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF:

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS:

DATE OF JUDGMENT:  01/26/10

AMOUNT OF JUDGMENT:      $12,073.75

OTHER AMOUNT:            $0.00

HOMESTEAD EXEMPTION WAIVED: ( ) YES   ( ) NO   ( ) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED:  N/A

INTEREST:  6    % FROM DOJ

COSTS:       $51.00      ATTORNEY'S FEES:

                         ATTORNEY:

OTHER AWARDED:

I CERTIFY THE ABOVE TO BE A TRUE ABSTRACT OF A JUDGMENT RENDERED IN THIS COURT.
MAR 0 5 2010

**EXHIBIT F**

JD030000214

STAFFORD COUNTY CIRCUIT COURT

ABSTRACT OF JUDGMENT

CASE NUMBER: GV02009464-00

S 27386

FREDERICKSBURG GENERAL DISTRICT COURT

PLAINTIFF(S)

MARY WASHINGTON HOSPITAL INC
P O BOX 7667
FRED VA 22404

NO SSN
NO DOB

DEFENDANT(S)

JOHN PAUL RAPIER
89 CLARK PATTON RD
FRED, VA 22406

NO SSN
NO DOB

11:33

THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS

DATE OF JUDGMENT: 10/11/02

AMOUNT OF JUDGMENT: $613.10

OTHER AMOUNT: $0.00

HOMESTEAD EXEMPTION WAIVED: ( ) YES  (X) NO  ( ) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED: N/A

INTEREST: 9 % FROM 10/11/02

COSTS   $32.00    ATTORNEY'S FEES

ATTORNEY:

OTHER AWARDED: SA

**EXHIBIT G**

Stafford

JD100001879

STAFFORD COUNTY CIRCUIT COURT

ABSTRACT OF JUDGMENT

CASE NUMBER: GV09006670-00

STAFFORD GENERAL DISTRICT COURT

PLAINTIFF(S)　　　　　V　　　　　DEFENDANT(S)

MARY WASHINGTON HOSPITAL　　　NO SSN　　LUTHER BRUCE DALLMAN　　　NO SSN
12000 KENNEDY LANE STE 100　　NO DOB　　89 CLARK PATTON RD　　　　　NO DOB
FRED, VA 22407　　　　　　　　　　　　　　FRED, VA 22406

APR 16 2010
9:37
STAFFORD COUNTY CIRCUIT COURT

THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF:

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS:

DATE OF JUDGMENT: 02/23/10

AMOUNT OF JUDGMENT:　　$3,525.79

OTHER AMOUNT:　　$0.00

HOMESTEAD EXEMPTION WAIVED: ( ) YES　( ) NO　( ) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED: N/A

INTEREST: 6 % FROM DOJ

COSTS:　　$53.00　　ATTORNEY'S FEES:

　　　　　　　　　　　　ATTORNEY:

OTHER AWARDED:

I CERTIFY THE ABOVE TO BE A TRUE ABSTRACT OF A JUDGMENT RENDERED IN THIS COURT

MAR 0 5 2010

# VIRGINIA LAND RECORD COVER SHEET
## FORM A – COVER SHEET CONTENT

**Instrument Date:** 8/22/2018
**Instrument Type:** DH
**Number of Parcels:** 1    **Number of Pages:** 2
[ ] City [X] County    STAFFORD

**TAX EXEMPT?**    VIRGINIA/FEDERAL LAW
[ ] Grantor:
[ ] Grantee:
**Consideration:** $0.00
**Existing Debt:** $0.00
**Actual Value/Assumed:** $0.00

**PRIOR INSTRUMENT UNDER § 58.1-803(D):**
Original Principal: $0.00
Fair Market Value Increase: $0.00
Original Book Number:    Original Page Number:    Original Instrument Number:

*(Area Above Reserved For Deed Stamp Only)*

**Prior Recording At:** [ ] City [ ] County
**Percentage In This Jurisdiction:** 100%

**BUSINESS / NAME**
1  [ ] Grantor: RAPIER, JOHN
   [ ] Grantor:
1  [X] Grantee: HOMESTEAD
   [ ] Grantee:

**GRANTEE ADDRESS**
Name: HOMESTEAD
Address:
City:    State: VA    Zip Code:
Book Number:    Page Number:    Instrument Number:
Parcel Identification Number (PIN): 3572J    Tax Map Number: 3572J
Short Property Description:

**Current Property Address:**
City: FREDERICKSBURG    State: VA    Zip Code: 22406
**Instrument Prepared By:** ASHVIN PANDURANGI    **Recording Paid By:** JOHN RAPIER
**Recording Returned To:** JOHN RAPIER
Address: 89 CLARK PATTON RD
City: FREDERICKSBURG    State: VA    Zip Code: 22406

FORM CC-1570  Rev: 7/15    Page 1 of 1    Cover Sheet A
§§ 17.1-223, 17.1-227.1, 17.1-249

Copyright © 2014 Office of the Executive Secretary, Supreme Court of Virginia. All rights reserved.

# HOMESTEAD DEED

STAFFORD COUNTY CIRCUIT COURT

Name and Address of Householder(s):　　　　　　　John Paul Rapier
　　　　　　　　　　　　　　　　　　　　　　　　89 Clark Patton Rd.
　　　　　　　　　　　　　　　　　　　　　　　　Fredericksburg, VA 22406

Is the householder a disabled veteran entitled to claim the additional exemption under § 34-4.1? **NO**

Relationship(s) of dependent(s):　　　Age(s) of dependent(s):
Son

County in which householder resides: **Stafford County**

Description of property claimed as exempt and its value:

| Description of Real Property: (See attached Schedule C for Statute Creating Exemption) | Value: |
|---|---|
|  | 135,700.00 |
| 89 Clark Patton Rd Fredericksburg, VA 22406  Stafford County Total: | 135,700.00 |

| Description of Personal Property: (See attached Schedule C for Statute Creating Exemption) | Value: |
|---|---|
| 2001 Volvo V70 306,000 miles | 750.00 |
| 2016 Chevy Impala 55,000 miles | 15,000.00 |
| Beds, couches, tables, dressers. | 500.00 |
| TV, cell phone, laptop. | 500.00 |
| Shotgun, rifle, handgun. | 1,000.00 |
| Clothing. | 500.00 |
| Checking: Wells Fargo | 1,300.00 |
| TheDryLife LLC 100 % ownership | 0.00 |
| 401(k): Fidelity | 4,000.00 |
| MetLife Beneficiary: Fadia Alhasani | 300,000.00 |
| American General Beneficiary: Fadia Alhasani | 250,000.00 |
| Total: | 573,550.00 |

Date  **August 22, 2018**　　　　　　Signature
　　　　　　　　　　　　　　　　　　　John Paul Rapier
　　　　　　　　　　　　　　　　　　　Debtor

Taxmap 35 72J
prepared by Ashvin Pandurangi 86966

COMMONWEALTH OF VIRGINIA, City/County of Alexandria, to wit:

Acknowledged before me by **John Paul Rapier** this 22 day of August 2018

_____
Notary Public
My Commission expires: 2/29/2020

*[Notary Seal: ASHVIN PANDURANGI, NOTARY PUBLIC, REG. #7694798, My Comm. Exp. Feb 29, 2020, COMMONWEALTH OF VIRGINIA]*

Prepared by:
**Ashvin Pandurangi 86966**
AP Law Group, PLC
7777 Leesburg Pike
Suite 402N
Falls Church, VA 22043
5719696540 Fax:5716990518