<div style="text-align: center;">

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

</div>

| | |
|---|---|
| IN RE:  John Paul Rapier | CASE NO: 18-12579 |
| | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 1/30/2019, I did cause a copy of the following documents, described below,

Notice of Motion

Motion to Avoid Judician Liens

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/30/2019

<div style="margin-left: 50%;">

/s/ Ashvin Pandurangi
Ashvin Pandurangi  86966
AP Law Group, PLC
7777 Leesburg Pike, Suite 402N
Falls Church, VA  22043-0000
571 969 6540

</div>

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

IN RE: John Paul Rapier

CASE NO: 18-12579

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 1/30/2019, a copy of the following documents, described below,

Notice of Motion

Motion to Avoid Judician Liens

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/30/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ashvin Pandurangi
AP Law Group, PLC
7777 Leesburg Pike, Suite 402N
Falls Church, VA  22043-0000

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| OCWEN LOAN SERVICING | ODC RECOVERY SERVICES | MW HEALTHCARE REGISTERED AGENT |
| --- | --- | --- |
| ATTN BANKRUPTCY | 12000 KENNEDY LANE SUITE 100 | 2300 FALL HILL AVE SUITE 509 |
| 1661 WORTHINGTON ROAD SUITE 100 | FREDERICKSBURG VA 22407 | FREDERICKSBURG VA 22401 |
| WEST PALM BEACH FL 33409 | | |